# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOSEPH DAVID SANDERS**
**PLAINTIFF**

vs.                               4:20CV01096-SWW

**DONALD TRUMP**
**DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 27th day of October, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE